# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SLIM CD, INC. | : | Civil Action No. 06-2256 (FLW) |
| Plaintiff, | : | **ORDER OF DISMISSAL** |
| v. | : | |
| HEARTLAND PAYMENT SYSTEMS, INC. | : | |
| Defendant, | : | |

It having been reported to the Court that the parties in the above-captioned action have agreed to arbitrate their claims, and that the request for an order of dismissal is not based upon a desire to adjourn or delay the proceedings herein;

IT IS on this 31th day of March, 2008,

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice; and

(2) The Court retains jurisdiction to compel arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, should any party move to set aside this Order of Dismissal; and

(3) all pending motions are denied without prejudice.

s/Freda L. Wolfson
Freda L. Wolfson
United States District Judge